STATE of Missouri, Respondent,

v.

Donnie HELM, Appellant.

No. ED 75924.

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 2000.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., and PAUL J. SIMON and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Donnie Helm, defendant, appeals the judgment of the Circuit Court of St. Louis County following a jury verdict of guilty of kidnapping, a class B felony in violation of section 565.110 RSMo 1994. He was sentenced as a prior offender to ten years imprisonment.

We have reviewed the record on appeal and the briefs of the parties and find no error of law. An extended opinion reciting

the detailed facts and restating the principles of law would have no precedential value or jurisprudential value. The judgment is affirmed in accordance with Rule 30.25(b).